**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie A Appling aka Stephanie Robinson | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-11394 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
29 Apr 2025, 19:48:15, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: d54791ba4212b1800da97abe693185a559ed8751df346adbc6dda62ee9d585c0