## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie A Appling aka Stephanie Robinson <br>       Debtor(s) <br><br> MIDFIRST BANK, its successors and/or assigns <br>       Movant <br>   vs. <br><br> Stephanie A Appling aka Stephanie Robinson <br>       Debtor(s) <br><br> Scott F. Waterman <br>       Trustee | CHAPTER 13 <br><br><br><br> NO. 25-11394 AMC |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **May 14, 2025**.

Dated: May 27, 2025

                Respectfully submitted,

                /s/ Matthew Fissel
                Matthew Fissel, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322
                mfissel@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Stephanie A Appling aka Stephanie Robinson<br><br>                              **Debtor(s)**<br><br>**MIDFIRST BANK**<br>                              **Movant**<br>          vs.<br><br>**Stephanie A Appling aka Stephanie Robinson**<br><br>                              **Debtor(s)**<br><br>**Scott F. Waterman**<br>                              **Trustee** | **BK NO. 25-11394 AMC**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 5/28/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 5/28/2025

                                                            **/s/ Matthew Fissel**
                                                            Matthew Fissel, Esquire
                                                            Attorney I.D. 314567
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106
                                                            201-549-2363
                                                            bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Stephanie A Appling aka Stephanie Robinson<br>503 Chester Pike<br>Sharon Hill, PA 19079 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Ashley M. Sullivan<br>Willig, Williams & Davidson<br>1845 Walnut Street<br>24th Floor<br>Philadelphia, PA 19103 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |