WILLIG, WILLIAMS & DAVIDSON
**BY: ASHLEY M. SULLIVAN, ESQUIRE**        Attorney for Debtor
Identification No. 320704
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

_____

# UNITED STATES BANKRUPTCY COURT
# IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| Stephanie A. Appling : | |
| : | Bankruptcy No. 25-11394-amc |
| Debtor(s) : | |

## CERTIFICATE OF SERVICE

I, Ashley M. Sullivan, Esquire, counsel for the Debtor, hereby certifies that I did cause a true and correct copy of Debtor's Second Amended Plan by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

        Scott F. Waterman
        Chapter 13 Trustee
        2901 St. Lawrence Ave. Suite 100
        Reading, PA 19606
        *Via CM/ECF*

        U.S. Department of Housing and Urban Development
        The Strawbridge Building
        801 Market Street
        12th Floor
        Philadelphia, PA 19107
        *Via CM/ECF*

OneMain Financial Group, LLC
PO Box 981037
Boston, MA 02298
*Via CM/ECF*

Regional Acceptance Corporation
Bankruptcy Section/100-50-01-51
P.O. Box 1847
Wilson, NC 27894
*Via CM/ECF*

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368
 *Via CM/ECF*

Bank of Missouri
2700 S Lorraine Place
Sioux Falls, SD 57106
 *Via CM/ECF*

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380
*Via CM/ECF*

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118
*Via CM/ECF*

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788
*Via CM/ECF*

*Philadelphia Gas Works*
*800 W. Montgomery Ave, 3F*
*Philadelphia, PA 19122*
*Via CM/ECF*

PA-FM Dental PC
c/o Wakefield & Associates, LLC
PO Box 58
Fort Morgan, CO 80701
*Via CM/ECF*

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617
*Via CM/ECF*

LVNV Funding
Resurgent Capital Services
PO Box 10587
*Greenville, SC 29603-0587*
*Via CM/ECF*


DATE: 06/25/25                              /s/  ASHLEY M. SULLIVAN
                                            ASHLEY M. SULLIVAN, ESQ.