UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                            |        Chapter 13
    Stephanie A Appling                   |        Bankruptcy No.25-11394-AMC
                                                  |
                                                  |
                                                  |
           Debtor                         |

## CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 21st day of July, 2025, by first class mail upon those listed below:


Stephanie A Appling
503 Chester Pike
Sharon Hill, PA  19079

**Electronically via CM/ECF System Only:**

ASHLEY M SULLIVAN ESQUIRE
WILLIG WILLIAMS & DAVIDSON
1845 WALNUT STREET
24TH FLOOR
PHILADELPHIA, PA  19103


                                    */s/ Kristen Gliem*
                                    Kristen Gliem
                                    for
                                    Scott F. Waterman, Esquire
                                    Standing Chapter 13 Trustee