| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11394-AMC

Stephanie A Appling  
503 Chester Pike  
Sharon Hill  PA    19079

Petition Filed Date: 04/10/2025  
341 Hearing Date: 05/09/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/19/2025 | $420.00 | | 06/03/2025 | $420.00 | | 06/16/2025 | $420.00 | |
| 06/30/2025 | $440.00 | | 07/14/2025 | $440.00 | | 07/29/2025 | $440.00 | |

**Total Receipts for the Period: $2,580.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,460.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $31,618.42 | $0.00 | $0.00 |
| 2 | ONEMAIN FINANCIAL GROUP LLC<br>»» 002 | Unsecured Creditors | $675.13 | $0.00 | $0.00 |
| 0 | ASHLEY M SULLIVAN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $11,797.44 | $0.00 | $0.00 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $2,113.58 | $0.00 | $0.00 |
| 5 | THE BANK OF MISSOURI<br>»» 005 | Unsecured Creditors | $237.65 | $0.00 | $0.00 |
| 6 | MONTGOMERY WARD<br>»» 006 | Unsecured Creditors | $527.60 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK<br>»» 007 | Mortgage Arrears | $16,056.34 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $1,998.28 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $1,059.59 | $0.00 | $0.00 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 010 | Unsecured Creditors | $250.45 | $0.00 | $0.00 |
| 11 | PA-FM DENTAL PC<br>»» 011 | Unsecured Creditors | $567.00 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $955.28 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $605.88 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,798.24 | $0.00 | $0.00 |
| 15 | MOHELA ON BEHALF OF<br>»» 015 | Unsecured Creditors | $202,118.02 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11394-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,460.00 | Current Monthly Payment: | $755.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($440.00) |
| Paid to Trustee: | $190.30 | Total Plan Base: | $30,348.00 |
| Funds on Hand: | $3,269.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.