United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11394-amc |
| Stephanie A Appling | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 10, 2025 | Form ID: 155 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Stephanie A Appling, 503 Chester Pike, Sharon Hill, PA 19079-1311 |
| 14996592 | + | AES/PNC Bank, PO Box 61407, Harrisburg, PA 17106-1407 |
| 14996598 | | Credit One Bank, Las Vegas, NV 89193 |
| 15003073 | + | Midfirst Bank, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14996611 | | Total Visa/TBOM/VT, 10182m Telesis Ct, Suite 300, San Diego, CA 92121 |
| 14997493 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |
| 14996614 | + | Webbank/Onemain/FIS, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14996591 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2025 00:49:00 | ADS/Comenity/Venus, PO Box 182789, Columbus, OH 43218-2789 |
| 14996593 | + | Email/Text: bk@avant.com | Sep 11 2025 00:49:00 | Avant LLC/Web Bank, 222 W. Merchandise Mart, Plz 900, Chicago, IL 60654-1103 |
| 14996594 | + | Email/Text: famc-bk@1stassociates.com | Sep 11 2025 00:49:00 | BK of Missouri/Total Card, 2700 S. Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 15004285 | + | Email/Text: famc-bk@1stassociates.com | Sep 11 2025 00:49:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14996609 | | Email/Text: cfcbackoffice@contfinco.com | Sep 11 2025 00:48:00 | TBOM/CONTFIN, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808 |
| 14996595 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 00:54:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14996597 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2025 00:53:18 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14996599 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 11 2025 00:54:19 | Department of Education/ AIDVANTAGE, 1600 Tyson Boulevard, PO Box 300001, Greenville, TX 75403-3001 |
| 14996600 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 11 2025 00:49:00 | FEB DESTINY/CCI, PO Box 4499, Beaverton, OR 97076-4499 |
| 14996596 | | Email/Text: BNSFS@capitalsvcs.com | Sep 11 2025 00:48:00 | CCS/First Savings Bank, 500 E. 60th Street N., Sioux Falls, SD 57104 |
| 14996602 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 11 2025 00:48:00 | FSB Blaze Credit Card, 1500 S Highline Ave, Sioux Falls, SD 57110 |
| 14996601 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 11 2025 01:15:45 | First Premier, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4824 |

Case 25-11394-amc    Doc 29    Filed 09/12/25    Entered 09/13/25 00:42:22    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: 155 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15017017 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2025 00:49:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 15018765 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 00:52:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15000031 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2025 00:52:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15002911 | ^ | MEBN | Sep 11 2025 00:38:48 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14996605 | | Email/Text: EBN@Mohela.com | Sep 11 2025 00:48:00 | MOHELA/Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15026044 | | Email/Text: EBN@Mohela.com | Sep 11 2025 00:48:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14996603 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2025 00:52:21 | Macy's CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15008113 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 11 2025 00:53:28 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14996604 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 11 2025 01:17:22 | Midland Mortgage, 999 NW Grand Blvd, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14996606 | + | Email/Text: bankruptcy@sccompanies.com | Sep 11 2025 00:49:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15005401 | + | Email/Text: bankruptcy@sccompanies.com | Sep 11 2025 00:49:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14998107 | + | Email/PDF: cbp@omf.com | Sep 11 2025 01:13:30 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15014300 | + | Email/Text: bankruptcyreports@wakeassoc.com | Sep 11 2025 00:49:00 | PA-FM DENTAL PC, c/o Wakefield & Associates, LLC, PO Box 58, Fort Morgan, CO 80701-0058 |
| 15011586 | ^ | MEBN | Sep 11 2025 00:38:35 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15009123 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2025 00:49:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 15008489 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2025 00:49:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14996607 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 11 2025 00:53:18 | Regional Acceptance Corporation, PO Box 580075, Charlotte, NC 28258-0075 |
| 14999884 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 11 2025 00:53:18 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14996608 | + | Email/Text: bankruptcy@sw-credit.com | Sep 11 2025 00:49:00 | Southwest Credit System, 4120 International Pkwy, #1100, Carrollton, TX 75007-1958 |
| 14996610 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 11 2025 00:49:00 | TBOM/MILESTONE, PO Box 4499, Beaverton, OR 97076-4499 |
| 14996612 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 11 2025 00:49:00 | Transworld Systems Inc., PO Box 15055, Wilmington, DE 19850-5055 |
| 14997060 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 11 2025 00:54:10 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15026191 | ^ | MEBN | Sep 11 2025 00:39:09 | US Department of Education/MOHELA, PO Box 790453, St. Louis MO 63179-0453 |
| 14996613 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 11 2025 00:49:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint |

Cloud, MN 56303-0820

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15018766 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ASHLEY M. SULLIVAN | on behalf of Debtor Stephanie A Appling asullivan@wwdlaw.com  hbanks@spearwilderman.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Stephanie A Appling )<br>   aka Stephanie Robinson )<br>   )<br>   Debtor(s). )<br>   )<br>   ) | Case No. 25−11394−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 10, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court