**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| STEPHANIE A. APPLING | : | |
| Debtor(s) | : | Bankruptcy No. 25-11394-amc |

## DEBTOR'S REPLY TO TRUSTEE'S MOTION TO DISMISS PURSUANT TO SECTION 1307

Respondent, by and through undersigned counsel, hereby opposes the Motion For Relief From the Automatic Stay filed by MidFirst Bank.  In support of thereof, the Respondent respectfully states the following.

1.  ADMITTED.

2.  ADMITTED.

3.  DENIED.  Debtor has made some of the alleged delinquent plan payments and has the ability to bring the outstanding plan balance current.

**WHEREFORE**, Respondent respectfully requests that the Motion to Dismiss be DENIED.

Date:  06/24/2026                       /s/ Ashley M. Sullivan_____
                                        ASHLEY M. SULLIVAN, ESQ.
                                        Attorney for Debtor