Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Stephanie A Appling
503 Chester Pike
Sharon Hill, PA 19079

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-11394-AMC**

Petition Filed Date: 04/10/2025
341 Hearing Date: 05/09/2025
Confirmation Date: 09/10/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $440.00 | | 08/25/2025 | $440.00 | | 10/20/2025 | $1,445.00 | |
| 11/04/2025 | $420.00 | | 11/18/2025 | $420.00 | | 12/29/2025 | $840.00 | |
| 01/16/2026 | $420.00 | | 01/28/2026 | $420.00 | | 02/09/2026 | $420.00 | |
| 05/04/2026 | $900.00 | | 07/13/2026 | $1,500.00 | | 07/24/2026 | $1,700.00 | |

**Total Receipts for the Period: $9,365.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $13,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ONEMAIN FINANCIAL GROUP LLC<br>»» 002 | Unsecured Creditors | $675.13 | $0.00 | $675.13 |
| 0 | ASHLEY M SULLIVAN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $2,113.58 | $0.00 | $2,113.58 |
| 5 | THE BANK OF MISSOURI<br>»» 005 | Unsecured Creditors | $237.65 | $0.00 | $237.65 |
| 6 | MONTGOMERY WARD<br>»» 006 | Unsecured Creditors | $527.60 | $0.00 | $527.60 |
| 7 | MIDFIRST BANK<br>»» 007 | Mortgage Arrears | $16,056.34 | $12,098.20 | $3,958.14 |
| 8 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $1,998.28 | $0.00 | $1,998.28 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $1,059.59 | $0.00 | $1,059.59 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 010 | Unsecured Creditors | $250.45 | $0.00 | $250.45 |
| 11 | PA-FM DENTAL PC<br>»» 011 | Unsecured Creditors | $567.00 | $0.00 | $567.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $955.28 | $0.00 | $955.28 |

**Chapter 13 Case No. 25-11394-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $605.88 | $0.00 | $605.88 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,798.24 | $0.00 | $1,798.24 |
| 15 | MOHELA ON BEHALF OF<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | AES/PHEAA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | AVANT/WEBBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | THE BANK OF MISSOURI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | FSB BLAZE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | DEPARTMENT OF EDUCATION/AIDVANTAGE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | FSB BLAZE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | MACYS/DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | SWC GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | THE BANK OF MISSOURI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | TOTAL VISA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | TRANSWORLD SYSTEM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,025.00 | Current Monthly Payment: | $854.00 |
| Paid to Claims: | $12,098.20 | Arrearages: | $243.00 |
| Paid to Trustee: | $926.80 | Total Plan Base: | $30,348.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.